ORDERED.

Dated: June 08, 2021

_____
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

Regina C McGruder                                      Case No. 6:19-bk-07911-KSJ
                                                       Chapter 13
         Debtor(s).
_____/

**AGREED ORDER SUSTAINING DEBTOR'S OBJECTION TO US BANK TRUST NA'S NOTICE OF MORTGAGE PAYMENT CHANGE DATED MARCH 10, 2021 (DE# 93)**

THIS CAUSE, came on for consideration without a hearing held upon the Debtors' Objection to US Bank Trust NA's Notice of Mortgage Payment Change dated March 10, 2021 (DE# 93). By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

ORDERED

1. Debtor's Objection to US Bank Trust NA's Notice of Mortgage Payment Change dated March 10, 2021 is SUSTAINED.

2. The Notice of Mortgage Payment Change dated March 10, 2021 is not effective.

3. US Bank Trust NA will run a new escrow analysis and file a new Notice of Mortgage Payment Change without force placed insurance effective August 1, 2021 no later than 21 days before August 1, 2021.

*Filer's Attestation: Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Wayne B. Spivak attests that concurrence in the filing of this paper has been obtained.*

Agreed to by:

| | |
|---|---|
| By: /s/ Wayne B. Spivak | By: /s/ Matthew Klein |
| Wayne B. Spivak, Esq. | Matthew Klein, Esq. |
| Florida Bar No. 38191 | Florida Bar No. 73529 |
| Justin Clark & Associates, PLLC | Howard Law Group |
| Attorney for Debtor | Attorney for Creditor |
| 500 Winderley Place, Unit 100 | 4755 Technology Way, Ste 104 |
| Maitland, FL 32751 | Boca Raton, FL 33431-3331 |
| Tel: 321-282-1055 | Tel: 954-893-7874 |
| Fax: 321-282-1051 | Email: matthew@howardlaw.com |
| Email: wspivak@youhavepower.com | |

Attorney Wayne B. Spivak is directed to serve a copy of this order on interested parties who do not receive notice by CM/ECF and file a proof of service within 3 days of entry of this order.